United States District Court
Southern District of Texas
**ENTERED**
March 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MASUD HAMID, | § § | |
| Plaintiff. | § § | |
| V. | § § § | CIVIL ACTION NO. 4:22-cv-04038 |
| STATE OF MICHIGAN, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On March 10, 2023, all pretrials matter in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 29. Judge Edison filed a Memorandum and Recommendation on March 13, 2023, recommending that Defendants' Motion to Dismiss (Dkt. 21) be **GRANTED**. *See* Dkt. 30.

On March 22, 2023, Plaintiff filed his Objections. Dkt. 33. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections, the Memorandum and Recommendation, the pleadings, and the record. The Court **ACCEPTS** Judge Edison's

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 30) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Defendants' Motion to Dismiss (Dkt. 21) is **GRANTED**;

(3) Plaintiff's Motion for Summary Judgment (Dkt. 18) is **DENIED AS MOOT**; and

(4) Plaintiff's Amended Motion for Sanctions (Dkt. 34) is **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED and ENTERED this 27th day of March 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE